UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMIAH RUTH,

Plaintiff,

v.

FIVE KEYS,

Defendant.

No. 2:26-cv-1132 DAD AC PS

ORDER

On March 26, 2026, plaintiff filed a complaint and a motion to proceed in forma pauperis ("IFP"). ECF Nos. 1 and 2. On May 8, 2026, the undersigned granted the motion to proceed IFP but rejected the complaint with leave file an amended complaint within 30 days, pursuant to the screening process required by the IFP statute. ECF No. 3. Plaintiff has not filed an amended complaint, and the time to do so has passed.

The order directing plaintiff to amend the complaint was served on plaintiff's address of record and returned by the postal service as undeliverable. It appears that plaintiff has failed to comply with the court's Local Rules, which require that a party appearing in propria persona inform the court of any address change within thirty days. Local Rule 183(b). The undersigned notes that pursuant to Local Rule 182(f), absent notice to the Clerk that there has been a change of address, "service of documents at the prior address of the attorney or pro se party shall be fully effective."

1

IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, no later than July 2, 2026, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of an amended complaint within this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: June 12, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE