UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH RUTH,<br>Plaintiff,<br>v.<br>FIVE KEYS,<br>Defendant. | No. 2:26-cv-01132 DAD AC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE<br><br>(Doc. No. 6) |

Plaintiff initiated this civil action by filing a complaint on March 26, 2026, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On May 8, 2026, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient because it failed to comply with Rule 8 of the Federal Rules of Civil Procedure, failed to state any cognizable claim, and directed plaintiff to file an amended complaint within thirty (3) days of service of the order correcting the noted pleading deficiencies. (Doc. No. 4.) When plaintiff failed to file an amended complaint within the time provided, the magistrate judge issued an order requiring plaintiff to show cause in writing by July 2, 2026, why

/////

/////

the complaint should not be dismissed for failure to prosecute. (Doc. No. 5.)[1] Plaintiff did not respond to the order to show cause in any way. Accordingly, on July 14, 2026, the magistrate judge issued the pending findings and recommendations recommending that plaintiff's complaint be dismissed without prejudice due to plaintiff's failure to prosecute this action. (Doc. No. 6.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty–one (21) days of service. (*Id.* at 2.) Plaintiff has not filed any objections, or otherwise communicated with the court, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis

Accordingly:

1. The findings and recommendations issued July 14, 2026 (Doc. No. 6), are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's lack of prosecution and for failure to comply with the court's order. *See* Fed. R. Civ. P. 41(b); Local Rule 110; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 22, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court notes that both the May 8, 2026 and June 12, 2026 orders were served on plaintiff by mail directed to his address of record but both were returned to the court by the U.S. Postal Service as undeliverable and unable to forward. Thus, it appears that plaintiff has also failed to apprise the court of his current address as required by the Local Rules of this court.